IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

COLLEEN SUMMERS

    Plaintiff

        v.

FAIRMONT EL SAN JUAN HOTEL; LOWE
ENTERPRISES, INC.; CHUBB INSURANCE
COMPANY

    Defendants

Civil No. 23-1185(RAM)

**JUDGMENT**

On July 6, 2023, plaintiff filed a Motion for Voluntary Dismissal With Prejudice (Docket No. 11). In accordance with the Order entered today (Docket No. 12), judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of July 2023.

                    s/Raúl M. Arias-Marxuach
                    UNITED STATES DISTRICT JUDGE